Peter E. **CORDOVA**, Petitioner–Appellant,

v.

Roseanne **CAMPBELL**, Warden, Respondent–Appellee.

No. 06–16718.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 15, 2007.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Peter E. Cordova, Mule Creek State Prison, Ione, CA, pro se.

Christina Saal, Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

## MEMORANDUM **

California state prisoner Peter E. Cordova appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 petition on the merits. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Cordova contends that his sentence of 125 years to life constitutes cruel and unusual punishment under the Eighth Amendment. In light of the nature of Cordova's sex offenses and his conviction for inducing a minor to possess a controlled substance, as well as Cordova's prior criminal history, we conclude that the state court's decision rejecting this claim was not an unreasonable application of the Supreme Court's gross disproportionality

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

standard. *See* 28 U.S.C. § 2254(d)(1); *Harmelin v. Michigan,* 501 U.S. 957, 1002–05, 111 S.Ct. 2680, 115 L.Ed.2d 836 (1991) (Kennedy, J., concurring); *Lockyer v. Andrade,* 538 U.S. 63, 66–67, 73–76, 123 S.Ct. 1166, 155 L.Ed.2d 144 (2003); *cf. Solem v. Helm,* 463 U.S. 277, 296–303, 103 S.Ct. 3001, 77 L.Ed.2d 637 (1983) (vacating denial of habeas relief where all of petitioner's convictions were nonviolent and none was a crime against a person).

To the extent that Cordova's brief raises uncertified issues, we construe his arguments as a motion to expand the certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**